UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA NORTHERN DIVISION

| | |
|---|---|
| JEFFERY MEHOVES, an individual, and VERLA JACKSON, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CMH HOMES, INC. dba CLAYTON HOMES CARSON CITY, NV, a foreign Corporation, and DOES 1-10, BLACK AND WHITE CORPORATIONS 1-10, corporations; ABLE & BAKER COMPANIES 1-10, co-partnerships and or limited liability companies inclusive,<br><br>Defendant/Third-Party Plaintiff,<br><br>vs.<br><br>BENNETT TRUCK TRANSPORT, LLC<br><br>Third-Party Defendant. | Case No.: 3:17-CV-00103-LRH-VPC<br><br>**STIPULATION TO EXTEND THE DEADLINE TO FILE A STIPULATION OF DISMISSAL WITH PREJUDICE [FIRST REQUEST]**<br><br>**AND ORDER THEREON** |

Plaintiffs, JEFFREY MEHOVES and VERLA JACKSON, and Defendant/Third-Party Plaintiff, CMH HOMES, INC., dba CLAYTON HOMES CARSON CITY, NV, and Third-Party Defendant, BENNETT TRUCK TRANSPORT, LLC, by and through their respective counsel of record hereby stipulate and agree as follows:

1

Pursuant to the Court's Minute of Proceedings, dated November 29, 2017 [Doc. 57], the parties were required to file a Stipulation of Dismissal with prejudice by January 16, 2018. Since reaching a settlement, the parties have been diligently working on finalizing the written terms of the parties' settlement agreement, including ordering the transcript of the terms of the agreement, ordering a title report, and circulating written drafts. Although the parties are close to a final version of the written settlement agreement, additional time is needed to complete it. As a consequence, the parties agree that a one week extension is necessary to prepare and file a Stipulation of Dismissal.

DATED this 17th day of January, 2018.

**ERIKSON, THORPE & SWAINSTON, LTD.**
BY: //s// Brett A. Dieffenbach
Brett A. Dieffenbach, Esq., NSB #11370
99 West Arroyo Street
P.O. Box 3559
Reno, Nevada 89505
Telephone: (775) 786-3930
*Attorneys for the Plaintiffs*

DATED this 17th day of January, 2018.

**HOLLAND & HART, LLP**
BY: //s// J. Robert Smith
J. Robert Smith, Esq., NSB #10992
Bryce Kunimoto, Esq., NSB #7781
5441 Kietzke Lane, Second Floor
Reno, NV 89511
(775) 327-3000
*Attorney for CMH HOMES, INC.*

DATED this 17th day of January, 2018.

**LAXALT & NOMURA, LTD.**
By: //s// Daniel T. Hayward
Daniel T. Hayward, Esq., NSB #5986
9600 Gateway Drive
Reno, Nevada 89521
Telephone: (775) 322-1170
*Attorneys for Third-Party Defendant*

**O R D E R**

IT IS SO ORDERED.

DATED this 18th day of January, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE