# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA NORTHERN DIVISION

| | |
|---|---|
| JEFFERY MEHOVES, an individual, and VERLA JACKSON, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CMH HOMES, INC. dba CLAYTON HOMES CARSON CITY, NV, a foreign Corporation, and DOES 1-10, BLACK AND WHITE CORPORATIONS 1-10, corporations; ABLE & BAKER COMPANIES 1-10, co-partnerships and or limited liability companies inclusive,<br><br>Defendant/Third-Party Plaintiff,<br><br>vs.<br><br>BENNETT TRUCK TRANSPORT, LLC<br><br>Third-Party Defendant. | Case No.: 3:17-CV-00103-LRH-VPC<br><br>**STIPULATION TO DISMISS WITH PREJUDICE AND ORDER THEREON** |

Plaintiffs, JEFFREY MEHOVES and VERLA JACKSON, and Defendant/Third-Party Plaintiff, CMH HOMES, INC., dba CLAYTON HOMES CARSON CITY, NV, and Third-Party Defendant, BENNETT TRUCK TRANSPORT, LLC, by and through their respective counsel of record hereby stipulate and agree that the Court may dismiss this action, including all claims brought by all parties, with prejudice, with each party to bear their own costs and attorney's fees.

1

| | |
|---|---|
| DATED this 23rd day of January, 2018. | DATED this 23rd day of January, 2018. |
| **ERIKSON, THORPE & SWAINSTON, LTD.**<br>BY: //s/ Brett A. Dieffenbach, Esq.<br>Brett A. Dieffenbach, Esq., NSB #11370<br>99 West Arroyo Street<br>P.O. Box 3559<br>Reno, Nevada 89505<br>Telephone: (775) 786-3930<br>*Attorneys for Plaintiffs* | **HOLLAND & HART, LLP**<br>BY: //s// Bryce Kunimoto, Esq.<br>J. Robert Smith, Esq., NSB #10992<br>Bryce Kunimoto, Esq., NSB #7781<br>5441 Kietzke Lane, Second Floor<br>Reno, NV 89511<br>(775) 327-3000<br>*Attorney for Defendant CMH HOMES, INC.* |

DATED this 23rd day of January, 2018.

**LAXALT & NOMURA, LTD.**
By: //s// Daniel T. Hayward
Daniel T. Hayward, Esq., NSB #5986
9600 Gateway Drive
Reno, Nevada 89521
Telephone: (775) 322-1170
*Attorneys for Third-Party Defendant Bennett Truck Transport, LLC*

## O R D E R

Based on the stipulation of the parties, it is hereby ordered this action is dismissed, including all claims brought by all parties, with prejudice, with each party to bear their own costs and attorney's fees.

DATED this  26th  day of January, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2